STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JAMES C. MILLER, JR., DEFENDANT-PETITIONER.

*Mr. Charles P. Horton* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

October 15, 1968. Denied.

CORPORATE DEVELOPMENT SPECIALISTS, INC., PLAINTIFF-RESPONDENT, v. WARREN-TEED PHARMACEUTICALS, INC., DEFENDANT-PETITIONER.

*Messrs. Jamieson, Walsh, McCardell & Moore* and *Mr. Michael F. Spicer* for the petitioner.

*Messrs. Budd, Larner, Kent & Gross* for the respondent.

October 15, 1968. Denied.